UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 14 B 25364
CHAPTER 13

Gloria Rubio

JUDGE CAROL A DOYLE

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** OCWEN LOAN SERVICING LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
|  | 10 | XXXXXX3762 | $0.00 | $4,133.83 | $4,133.83 |
| Total Amount Paid by Trustee |  |  |  |  | $4,133.83 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14-25364-CAD

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 21st day of September, 2016.

Debtor:
Gloria Rubio
356 Jeffrey Lane
Wheeling, IL 60090

Attorney:
CITIZENS LAW GROUP
2101 W DIVISION
CHICAGO, IL 60622
via Clerk's ECF noticing procedures

Creditor:
OCWEN LOAN SERVICING LLC
PO BOX 24781
WEST PALM BEACH, FL 33416

Mortgage Creditor:
DEUTSCHE BANK NA
% WIRBICKI LAW GROUP
33 W MONROE #1140
CHICAGO, IL 60603

ELECTRONIC SERVICE - United States Trustee

Date: September 21, 2016

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603